IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Civil Case No.

| | |
|---|---|
| FELD MOTORSPORTS, INC., | § |
| | § |
| Plaintiff/Opposer, | § |
| | § |
| v. | § |
| | § |
| GARDEN MOTORSPORTS, INC. and | § |
| GARDEN BROS. RACING, INC., | § |
| | § |
| Defendants/Applicants. | § |

## **MISCELLANEOUS ACTION**

In accordance with Fed. R. of Civ. P. 45, as well as 35 U.S. § 24 and 37 C.F.R. § 2.120(b), and pursuant to Trademark Trial and Appeal Board Opposition No. 91286772, Feld Motorsports, Inc. ("Opposer") files this Miscellaneous Action to take the deposition of Mr. Zachary T. Garden, Vice President of Garden Bros. Racing, Inc., and attaches as the **Exhibit** a Subpoena for Deposition in accordance therewith.  The deposition will commence at 9:30 a.m. ET on November 19, 2025, at Johnson, Pope, Bokor, Rupel & Burns, LLP, 360 Central Avenue, Suite 500, St. Petersburg, Florida 33701, or at such other place as may be agreed upon by the parties.

Respectfully submitted,

Dated November 10, 2025                    By: */s/ Matthew S. Nelles*

1

Matthew S. Nelles
Florida Bar No.: 009245
matt.nelles@johnsonmartinlaw.com
Johnson & Martin, P.A.
500 West Cypress Creek Rd., Suite 430
Ft. Lauderdale, FL 33309
T:  (954) 790-6698
Eservice:
sari.tannenbaum@johnsonmartinlaw.com

*Local Counsel for Opposer*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2025, I served a copy of this document on all counsel of record in the TTAB Proceeding on the service list below.

*/ Matthew S. Nelles/*

Mathew S. Nelles

Jered E. Matthysse
Ryan J. Miller
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, Texas 78702
Tel: (512) 322-5200
jmatthysse@pirkeybarber.com
rmiller@pirkeybarber.com

*Attorneys for Opposer*

Frank R. Jakes
JOHNSON POPE BOKOR RUPPEL & BURNS, LLP
400 N Ashley Dr
Suite 3100
Tampa, Florida 33602

frankj@jpfirm.com
pattit@jpfirm.com

*Attorneys for Applicants*